IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VALDEZ-LAMONT JORDAN,      ) | |
| ) | |
| Petitioner,      ) | |
| ) | |
| vs.      ) | Case No. 22-cv-286-SMY |
| ) | |
| DAVID MITCHELL,      ) | |
| ) | |
| Respondent.      ) | |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Petitioner Valdez-Lamont Jordan was convicted of armed robbery and murder in 2000 following a jury trial in Madison County, Illinois and sentenced to concurrent prison terms of 30 and 35 years, respectively. *People v. Jordan*, No. 99 CF 2226 (Cir. Ct. Madison Cnty.). In 2003, Jordan filed a postconviction petition in state court alleging prosecutorial misconduct and ineffective assistance of counsel. After waiting for a resolution of his state court petition for almost two decades, Jordan filed a Habeas Petition pursuant to 28 U.S.C. § 2254 challenging his 2000 conviction. Respondent moved to dismiss the Petition for failure to exhaust state remedies. This Court denied the motion, finding the Illinois state postconviction remedies had proved ineffective for Jordan (Doc. 30). Now before the Court is Jordan's motion for appointment of counsel (Doc. 44).

The interests of justice warrant the appointment of counsel for Jordon given the lengthy procedural history of this case and Jordan's limited access to evidence. *See* 18 U.S.C. § 3006A(a)(2)(B); *Wilson v. Duckworth*, 716 F.2d 415, 418 (7th Cir. 1983) (listing factors to be considered when ruling on a counsel request). Accordingly, his Motion for Appointment of Counsel (Doc. 44) is **GRANTED.**

The Office of the Federal Public Defender, 650 Missouri Avenue, Suite G-10A, P.O. Box 159, East St. Louis, IL 62201, is appointed to represent Jordan pursuant to 18 U.S.C. § 3006A(a)(2)(B). The Federal Public Defender shall enter an appearance within seven days of this Order. In light of this appointment, Jordan is **ADVISED** that he shall not personally submit any motions, pleadings, or other documents on his own behalf in this case.

**IT IS SO ORDERED.**

**DATED:** December 7, 2023

**STACI M. YANDLE**
**United States District Judge**